Exhibit 6

Letter from S. Terrell to N. Marzulla

April 7, 2014



**U.S. Department of Justice**

Environment and Natural Resources Division

SRT
90-2-20-13732/90-2-20-13793/90-2-20-13908

*Natural Resources Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 616-9663*
*Facsimile (202) 305-0506*

April 7, 2014

**VIA FEDERAL EXPRESS**

Nancie G. Marzulla, Esq.
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036

    Re:    *Goodeagle v. United States*, Fed. Cl. No. 12-431L; *Quapaw Tribe of Oklahoma v. United States*, Fed. Cl. No. 12-592L; *Bear v. United States*, Fed. Cl. No. 13-51X

Nancie,

    Enclosed please find two digital video disks ("DVD") containing documents pertaining to these cases from the Bureau of Indian Affairs Miami Agency office. These documents are produced in partial response to plaintiffs' first set of requests for production in *Goodeagle* and *Bear*. Furthermore, the United States may use the documents on the enclosed DVDs to support its defenses in these cases. Thus, the United States hereby supplements its amended initial disclosures by this production. RCFC 26(a)(1)(E); RCFC 26(e). Also enclosed, please find a privilege log.

    The documents on the enclosed DVDs are in single-page .tiff format with associated metadata. The delimiters for the metadata are as follows:

    Comma Char: ASCII 124 (|)
    Quote Char: ASCII 126 (~)
    New Line Char: ASCII 127

    Consistent with Department of Justice information technology security protocol, the DVDs are password encrypted and may be accessed with the password previously provided.

                                              Sincerely,

                                             Stephen R. Terrell