Exhibit 9

Letter from S. Terrell to N. Marzulla

September 2, 2014



U.S. Department of Justice

Environment and Natural Resources Division

SRT
90-2-20-13732/90-2-20-13793/90-2-20-13908

*Natural Resources Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 616-9663*
*Facsimile (202) 305-0506*

September 2, 2014

**VIA FEDERAL EXPRESS**

Nancie G. Marzulla, Esq.
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036

    Re:    *Goodeagle v. United States*, Fed. Cl. No. 12-431L; *Quapaw Tribe of Oklahoma v. United States*, Fed. Cl. No. 12-592L; *Bear v. United States*, Fed. Cl. No. 13-51X

Nancie,

    Enclosed please find one compact disk ("CD") containing document images and metadata relevant to these cases. The documents on the enclosed CD were the result of the United States' review of retired Minerals Management Service records located at the Federal Records Center in Lakewood, Colorado. Documents on the enclosed CD include: chat production and royalty documents; chat lease and sales documents; bills for collection; and lease files. As such, these documents are responsive to requests for production numbers 1, 2, 3, 4, 5, 7, 8, 9, 10, and 21 in *Goodeagle* and *Bear*. These documents are also responsive to request for production number 1 in *Quapaw Tribe* and *Bear*.

    The documents on the enclosed CD are in single-page .tiff format with associated metadata. The delimiters for the metadata are as follows:

    Comma Char: ASCII 124 (|)
    Quote Char: ASCII 126 (~)
    New Line Char: ASCII 127

Nancie G. Marzulla, Esq.
September 2, 2014
Page 2

Consistent with Department of Justice information technology security protocol, the CD is password encrypted and may be accessed with the password previously provided.

Sincerely,

Stephen R. Terrell