Exhibit 11

Letter from S. Terrell to N. Marzulla

April 1, 2015



U.S. Department of Justice

Environment and Natural Resources Division

SRT
90-2-20-13732/90-2-20-13793/90-2-20-13908

*Natural Resources Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 616-9663*
*Facsimile (202) 305-0506*

April 1, 2015

**VIA FEDERAL EXPRESS**

Nancie G. Marzulla, Esq.
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036

    Re:    *Goodeagle v. United States*, Fed. Cl. No. 12-431L; *Quapaw Tribe of Oklahoma v. United States*, Fed. Cl. No. 12-592L; *Bear v. United States*, Fed. Cl. No. 13-51X

Nancie,

    Enclosed please find two digital video disks ("DVDs") containing document images and metadata relevant to these cases. The documents on the enclosed DVDs were the result of the United States' review of documents at the American Indian Records Repository. Documents on the enclosed DVDs include Indian Land Lease Case Files; Indian Mineral Assessment Records; Tribal Council minutes and Tribal Council resolutions; town lot use permits and leasing files; rights-of-way and easement files; land transaction documents; bills for collection and field receipts; Indian Claims Commission Docket 14 files; tribal trust fund records; annual and semi-annual land reports; appraisals; business leases; trespass and eviction documents; Indian Land Consolidation Act documents; National Environmental Policy Act documents; and Tar Creek Superfund Site documents. As such, these documents are responsive to requests for production numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 18, 19, and 20 in *Goodeagle* and *Bear*, requests for production numbers 1, 2, 3, 4, and 6 in *Quapaw Tribe*, and requests numbers 1 and 2 in plaintiff's second and the tribe's third set of requests for production. Folder structure has been preserved, folder covers have been imaged, and folder information is contained in the associated metadata. A privilege log will be forthcoming.

    The documents on the enclosed DVDs are in single-page .tiff format with associated metadata. The delimiters for the metadata are as follows:

    Comma Char: ASCII 124 (|)
    Quote Char: ASCII 126 (~)
    New Line Char: ASCII 127

Nancie G. Marzulla, Esq.
April 1, 2015
Page 2

    Consistent with Department of Justice information technology security protocol, the DVDs are password encrypted and may be accessed with the password previously provided.

                           Sincerely,

                           Stephen R. Terrell


RECEIVED